Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Professional Charter Services, LLC** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **26-2515152** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **696 Amador Street**<br>**San Francisco, CA 94124**<br>Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **San Francisco**<br>County | **Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | **https://www.professionalcharterservices.com** |

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

   __4855__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District | _____ | When _____ | Case number _____ |
| District | _____ | When _____ | Case number _____ |

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No
■ Yes.

| List all cases. If more than 1, attach a separate list | Debtor | **Omar S. Orozco** | Relationship | **Sole Member of Debtor** |
|---|---|---|---|---|
| | District | **N.D. Cal. (San Francisco Division)** | When **4/24/23** | Case number, if known **23-30260** |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency _____
Contact name _____
Phone _____

---

**Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Case: 23-30264    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 21:18:35    Page 3 of 77

**16.  Estimated liabilities**

☐ $0 - $50,000

☐ $50,001 - $100,000

☐ $100,001 - $500,000

☐ $500,001 - $1 million

■ $1,000,001 - $10 million

☐ $10,000,001 - $50  million

☐ $50,000,001 - $100 million

☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion

☐ $1,000,000,001 - $10 billion

☐ $10,000,000,001 - $50 billion

☐ More than $50 billion

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 25, 2023**
  _____
  MM / DD / YYYY

**X** **/s/ Celeste Orozco**                                        **Celeste Orozco**
 _____            _____
 Signature of authorized representative of debtor            Printed name

Title   **Vice President**
 _____

**18. Signature of attorney**

**X** **/s/ Brent D. Meyer**                                   Date **April 25, 2023**
 _____            _____
 Signature of attorney for debtor                          MM / DD / YYYY

**Brent D. Meyer**
 _____
 Printed name

**Meyer Law Group LLP**
 _____
 Firm name

**268 Bush Street #3639**
**San Francisco, CA 94104**
 _____
 Number, Street, City, State & ZIP Code

Contact phone   **(415) 765-1588**      Email address   **brent@meyerllp.com**
 _____               _____

**266152 CA**
 _____
 Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Professional Charter Services, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

---

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration    **Resolution for Members of Professional Charter Services, LLC**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 25, 2023**      *X* **/s/ Celeste Orozco**
                                                     Signature of individual signing on behalf of debtor

                                                     **Celeste Orozco**
                                                     Printed name

                                                     **Vice President**
                                                     Position or relationship to debtor

Fill in this information to identify the case:

| Debtor name | **Professional Charter Services, LLC** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an

amended filing

Official Form 204

# Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **777 Equipment Finance LLC**<br>**2 Corporate Drive, Suite 760**<br>**Shelton, CT 06484** | | **Master Promissory Note and Security Agreement for 2017 Temsa TS35 Motor Coach** | | | | $485,699.35 |
| **American Express**<br>**200 Vesey Street**<br>**New York, NY 10285** | | **Judgment from American Express National Bank v. Professional Charter Services, LLC, Case No. 653420/2021** | | | | $153,177.38 |
| **Ascentium Capital**<br>**P.O. Box 301593**<br>**Dallas, TX 75303** | | **Sale Agreement for 2019 Irizar Motor Coach** | | | | $343,833.19 |
| **Chase Card Services**<br>**P.O. Box 15298**<br>**Wilmington, DE 19850** | | **Credit Card** | | | | $13,835.39 |
| **Chevron Credit Card**<br>**P.O. Box 639**<br>**Portland, ME 04104** | | **Credit Card** | | | | $11,034.11 |
| **FC Marketplace, LLC**<br>**747 Front Street, Floor 4**<br>**San Francisco, CA 94111** | | **Property Listed in Lien File No. 187682112036** | | $517,993.70 | $0.00 | $28,998.03 |
| **Marlin Capital Solutions**<br>**300 Fellowship Road**<br>**Mount Laurel, NJ 08054** | | **Wireless Battery Mobility Colums Lift System** | | $16,237.20 | $5,000.00 | $11,237.20 |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Mitsubishi HC Capital P.O. Box 1880 Minneapolis, MN 55480 | | GPS and Freight Managment Equipment (Installed on Motor Coaches and Buses) | | $4,621.05 | $10,000.00 | $4,621.05 |
| Mitsubishi HC Capital P.O. Box 1880 Minneapolis, MN 55480 | | GPS and Freight Managment Equipment (Installed on Motor Coaches and Buses) | | $46,625.04 | $10,000.00 | $36,625.04 |
| Santander Bank, N.A. 222 Broadway New York, NY 10038 | | Judgment Lien from Santander, N.A. v. Professional Charter Services, LLC, Case No. CGC-21-595954. | | $1,145,803.18 | $0.00 | $1,145,803.18 |
| Signature Financial & Leasing, LLC 225 Broadhallow Road, Suite 132W Melville, NY 11747 | | 2018 Temsa TS35 Moror Coach (Bus No. 811) Mileage: 100,213 VIN x0236 | | $315,311.02 | $150,000.00 | $165,311.02 |
| Signature Financial & Leasing, LLC 225 Broadhallow Road, Suite 132W Melville, NY 11747 | | 2017 Temsa TS45 Motor Coach (Bus No. 804) Mileage: 134,415 VIN x0159 | | $280,880.10 | $120,000.00 | $160,880.10 |
| Trans Lease, Inc. P.O. Box 17286 Denver, CO 80221 | | 2017 Irizar i6 Motor Coach (Bus No. 805) Mileage: 117,388 VIN x6052 | | $344,606.35 | $100,000.00 | $244,606.35 |
| Trans Lease, Inc. P.O. Box 17286 Denver, CO 80221 | | 2017 Irizar i6 Motor Coach (Bus No. 802) Mileage: 96,833 VIN x6032 | | $300,287.07 | $100,000.00 | $200,287.07 |
| U.S. Small Business Association 409 Third Street, SW Washington, DC 20024 | | Property Listed in Lien File No. U2000028677734 | | $2,000,000.00 | $0.00 | $2,000,000.00 |
| Umpqua Bank 1 SW Columbia Street Portland, OR 97204 | | Payroll Protection Program (PPP) Loan | | | | $279,260.82 |
| Umpqua Bank 1 SW Columbia Street Portland, OR 97204 | | Payroll Protection Program (PPP) Loan | | | | $199,834.92 |

Case: 23-30264   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 21:18:35   Page 8 of 77

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Umpqua Bank 1 SW Columbia Street Portland, OR 97204** | | **Unsecured Line of Credit** | | | | $48,298.98 |
| **Wells Fargo Bank, N.A. CA** | | **Unsecured Line of Credit** | | | | $29,457.60 |
| **Wintrust Specialty Finance P.O. Box 84783 Seattle, WA 98124** | | **2017 Temsa TS35 Motor Coach (Bus No. 803) Mileage: 139,956 VIN x0442** | | $132,562.00 | $120,000.00 | $12,562.00 |

**Fill in this information to identify the case:**

Debtor name    **Professional Charter Services, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

### Part 1:   Summary of Assets

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    1a. **Real property:**
       Copy line 88 from *Schedule A/B*..........................................................   $      **0.00**

    1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*........................................................   $      **2,652,026.64**

    1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*..........................................................   $      **2,652,026.64**

### Part 2:   Summary of Liabilities

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................   $      **5,144,575.85**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*.............................................   $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................   +$      **1,564,431.74**

4.   **Total liabilities** ................................................................................
    Lines 2 + 3a + 3b      $      **6,709,007.59**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Case: 23-30264    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 21:18:35    Page 10 of 77

Fill in this information to identify the case:

Debtor name  **Professional Charter Services, LLC**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **JPMorgan Chase Bank, N.A. Chase Business Complete Checking Account** | Checking Account | 0219 | $187.70 |
| 3.2. | **Bank of the West Any Deposit Checking for Business** | Checking | 0276 | $35,119.44 |
| 3.3. | **CitiBank, N.A. Streamlined Checking Account** | Checking | 2966 | $410.52 |
| 3.4. | **Wells Fargo Bank, N.A. Initiate Business Checking Account** | Checking | 0134 | $53.07 |
| 3.5. | **Umpqua Bank Community Checking Account** | Checking | 1648 | $70,095.72 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | | $105,866.45 |
   |---|---|

## Part 2:  Deposits and Prepayments

Case: 23-30264   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 21:18:35   Page 11 of 77

Debtor    **Professional Charter Services, LLC**          Case number *(If known)* _____
_____
          Name

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
      Description, including name of holder of deposit

      7.1.  **Security Deposit with the Port Authority for City and County of San Francisco**          $16,334.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment
            **Pre-Paid Visa Credit Cards**
            **(For use by motor coach drivers for diesel fuel while Debtor in Possession (DIP)**
      8.1.  **accounts are opened and debit cards are issued by the financial institution)**          $10,000.00

9.    **Total of Part 2.**                                                                    $26,334.00

      Add lines 7 through 8. Copy the total to line 81.

Part 3:    **Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

      11a. 90 days old or less:        **478,147.79**   -   **100,000.00**   = ....        $378,147.79
                                       face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                  $378,147.79

      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

Part 4:    **Investments**

13. **Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

Part 5:    **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19.    **Raw materials**

20.    **Work in progress**

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

Case: 23-30264   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 21:18:35   Page 12 of 77

| General description | | Net book value | | Current value |
|---|---|---|---|---|
| **Miscellaneous Motor Coach Parts and Supplies** | | $0.00 | | $1,000.00 |

23. **Total of Part 5.**                                 **$1,000.00**

    Add lines 19 through 22.  Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value               Valuation method             Current Value

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture**<br>**Desks, Chairs, File Cabinets, Bookcases, and Miscellaneous Office Furniture** | $0.00 | | $2,500.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Computers, Monitors, Printers, Phones, and Other Miscellaneous Office Equipment and Computer Systems** | $0.00 | | $5,847.88 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**                               **$8,347.88**

    Add lines 39 through 42.  Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No

Case: 23-30264    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 21:18:35    Page 13 of 77

☐ Yes

45.   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| 47.   **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2017 Irizar i6 Motor Coach (Bus No. 802)**<br>**Mileage: 96,833**<br>**VIN x6032** | **$0.00** | | **$100,000.00** |
| 47.2.   **2017 Temsa TS35 Motor Coach (Bus No. 803)**<br>**Mileage: 139,956**<br>**VIN x0442** | **$0.00** | | **$120,000.00** |
| 47.3.   **2017 Temsa TS45 Motor Coach (Bus No. 804)**<br>**Mileage: 134,415**<br>**VIN x0159** | **$0.00** | | **$120,000.00** |
| 47.4.   **2017 Irizar i6 Motor Coach (Bus No. 805)**<br>**Mileage: 117,388**<br>**VIN x6052** | **$0.00** | | **$100,000.00** |
| 47.5.   **2018 Temsa TS35 Motor Coach (Bus No. 808)**<br>**Mileage: 120,737**<br>**VIN x0469**<br>**(Lender Asserts Motor Coach is Subject to Lease Agreement)** | **$0.00** | | **$150,000.00** |
| 47.6.   **2018 Temsa TS35 Moror Coach (Bus No. 811)**<br>**Mileage: 100,213**<br>**VIN x0236** | **$0.00** | | **$150,000.00** |
| 47.7.   **2018 Irizar i6 Motor Coach (Bus No. 815)**<br>**Mileage: 118,402**<br>**VIN x6009**<br>**(Lender Asserts Motor Coach is Subject to Lease Agreement)** | **$0.00** | | **$150,000.00** |

| | | | |
|---|---|---|---|
| 47.8. | **2019 Irizar i6 Motor Coach (Bus No. 816)**<br>**Mileage: 76,136**<br>**VIN x6005**<br>**(Lender Asserts Motor Coach is Subject to Lease Agreement)** | $0.00 | $225,000.00 |
| 47.9. | **2018 Irizar i6 Motor Coach (Bus No. 817)**<br>**Mileage: 76,413**<br>**VIN x6020**<br>**(Lender Asserts Motor Coach is Subject to Lease Agreement)** | $0.00 | $150,000.00 |
| 47.10. | **2019 Irizar i6 Motor Coach (Bus No. 819)**<br>**Mileage: 54,794**<br>**VIN x6004**<br>**(Lender Asserts Motor Coach is Subject to Lease Agreement)** | $0.00 | $225,000.00 |
| 47.11. | **2013 Ford F550 Bus (Bus No. 785)**<br>**Mileage: 140,871**<br>**VIN x4278** | $0.00 | $10,000.00 |
| 47.12. | **2013 Ford F550 Bus (Bus No. 786)**<br>**Mileage: 151,576**<br>**VIN x5420** | $0.00 | $10,000.00 |
| 47.13. | **2013 Mercedes Benz Sprinter (Bus No. 787)**<br>**Mileage: 131,610**<br>**VIN x6779** | $0.00 | $10,000.00 |
| 47.14. | **2014 Mercedes Benz Sprinter (Bus No. 789)**<br>**Mileage: 75,626**<br>**VIN x0695** | $0.00 | $10,000.00 |
| 47.15. | **2014 Freightliner Silver Bus (Bus No. 790)**<br>**Mileage: 97,298**<br>**VIN x6778** | $0.00 | $15,000.00 |
| 47.16. | **2010 Setra S417 Motor Coach (Bus No. 794)**<br>**Mileage: 700,010**<br>**VIN x0960** | $0.00 | $25,000.00 |
| 47.17. | **2016 Freightliner Motor Coach (Bus No. 796)**<br>**Mileage: 93,8224**<br>**VIN x0798** | $0.00 | $20,000.00 |

Case: 23-30264   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 21:18:35   Page 15 of 77

| | | | |
|---|---|---|---|
| 47.18 · | **2017 Irizar i6 Motor Coach (Bus No. 807)**<br>**Mileage: 100,481**<br>**VIN x6054** | $0.00 | $100,000.00 |
| 47.19 · | **2017 Irizar i6 Motor Coach (Bus No. 810)**<br>**Mileage: 83,342**<br>**VIN x6011** | $0.00 | $100,000.00 |
| 47.20 · | **2019 Thomas Built School Bus (Bus No. 8403)**<br>**Mileage: 52,665**<br>**VIN x2892** | $0.00 | $125,000.00 |
| 47.21 · | **2010 Thomas Built School Bus (Bus No. 8404)**<br>**Mileage: 72,570**<br>**VIN x4569** | $0.00 | $28,028.50 |
| 47.22 · | **1996 Thomas Built School Bus (Bus No. 8405)**<br>**Mileage: 147,146**<br>**VIN x3535** | $0.00 | $15,000.00 |
| 47.23 · | **2015 Ford F350 Truck**<br>**Mileage: 146,236**<br>**VIN x2984** | $0.00 | $42,802.02 |
| 47.24 · | **2016 Mercedes Benz Sprinter (Bus No. 788)**<br>**Mileage: 45,301**<br>**VIN x0364** | $0.00 | $15,000.00 |
| 47.25 · | **2013 Setra S417 Motor Coach (Bus No. 820)**<br>**Mileage: 297,462**<br>**VIN x0141**<br>**(Legal Title Held by Omar Orozco)** | $0.00 | $50,000.00 |
| 47.26 · | **2013 Setra S417 Motor Coach (Bus No. 821)**<br>**Mileage: 329,789**<br>**VIN x0142**<br>**(Legal Title Held by Omar Orozco)** | $0.00 | $50,000.00 |

48.    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49.    **Aircraft and accessories**

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| | **Miscellaneous Equipment and Tools** | $0.00 | $1,500.00 |

Case: 23-30264    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 21:18:35    Page 16 of 77

| | | |
|---|---|---|
| **Wireless Battery Mobility Colums Lift System** | $0.00 | $5,000.00 |
| **GPS and Freight Managment Equipment (Installed on Motor Coaches and Buses)** | $0.00 | $10,000.00 |

51.   **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

$2,132,330.52

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.   **Internet domain names and websites** **www.professionalcharterservices.com** | $0.00 | | $0.00 |
| 62.   **Licenses, franchises, and royalties** **United States Department of Transportation License No. 1810019** | $0.00 | | $0.00 |
| **State of California Transportation Charter Permit (TCP) No. 23905A** | $0.00 | | $0.00 |
| 63.   **Customer lists, mailing lists, or other compilations** | | | |
| 64.   **Other intangibles, or intellectual property** **Intellectual Property and Other General Intangibles** | $0.00 | | Unknown |
| 65.   **Goodwill** | | | |

Case: 23-30264   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 21:18:35   Page 17 of 77

66.    **Total of Part 10.**                                                    | $0.00 |

       Add lines 60 through 65. Copy the total to line 89.

67.    **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
       ■ No
       ☐ Yes

68.    **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
       ■ No
       ☐ Yes

69.    **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No.  Go to Part 12.
    ■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

| **Note Receivable from Omar Orozco (Mr. Orozco Filed a Petition for Relief Under Title 11, Chapter 11 on April 24, 2023)** | 175,842.88 − Total face amount | 175,842.88 = doubtful or uncollectible amount | |
|---|---|---|---|
| | | | $0.00 |

| **Note Receivable from Professional Trucking Services, LLC** | 272,776.43 − Total face amount | 272,776.43 = doubtful or uncollectible amount | $0.00 |
|---|---|---|---|

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** Examples: Season tickets, country club membership
       **All other claims against third parties or other potential assets that are presently unknown or inadvertently omitted by Debtor from Schedule A/B: Assets as of the Petition Date (April 25, 2023).**                                              $0.00

       **Possible claims or tax credits from the Internal Revenue Service for Employee Retention Credits (ERC)**                    **Unknown**

78.    **Total of Part 11.**

       Add lines 71 through 77. Copy the total to line 90.

| | $0.00 |
|---|---|

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

   ■ No
   ☐ Yes

Debtor **Professional Charter Services, LLC**
Name

Case number *(If known)* _____

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $105,866.45 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $26,334.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $378,147.79 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,000.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $8,347.88 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,132,330.52 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,652,026.64 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,652,026.64 |

# SCHEDULE A/B - PROPERTY
## Attachment A

       All values listed on *Schedule A/B: Assets* for Motor Coaches, Buses, and Other Motor Vehicles are based on the best estimates available to Debtor as of the Petition Date (April 25, 2023), but were not subject to review or approval by any appraiser or other qualified professional, and as such, do not constitute an admission by Debtor as to the fair market value of these vehicles. Rather, once available, Debtor reserves all rights to supplement or amend *Schedule A/B: Assets* to schedule the fair market value of these vehicles obtained by a qualified expert or professional.

| Fill in this information to identify the case: |
|---|

Debtor name   **Professional Charter Services, LLC**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

  ☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

  ☐ **Yes.** Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | **Column A**<br>Amount of claim<br><br>Do not deduct the value of collateral. | **Column B**<br>Value of collateral that supports this claim |
|---|---|---|

| 2.1 | **Corporation Service Company**<br>Creditor's Name<br><br>**P.O. Box 2576**<br>**Springfield, IL 62708**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**7/17/2020**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**Property Listed in Lien File No. U200001800412**<br><br>**Describe the lien**<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|

| 2.2 | **CT Corporation System**<br>Creditor's Name<br><br>**330 N. Brand Blvd., Suite 700**<br>**Glendale, CA 91203**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**1/13/2020**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?** | **Describe debtor's property that is subject to a lien**<br>**Property Listed in Lien File No. 207756753628**<br><br>**Describe the lien**<br>**UCC-1**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply | **Unknown** | **$0.00** |
|---|---|---|---|

Case: 23-30264   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 21:18:35   Page 22 of 77

☐ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **FC Marketplace, LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $517,993.70 | $0.00 |
| | | **Property Listed in Lien File No. 187682112036** | | |

**747 Front Street, Floor 4**
**San Francisco, CA 94111**
Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/09/2018**
**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.4 | **Marlin Capital Solutions** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $37,481.04 | $42,802.02 |
| | | **2015 Ford F350 Truck** | | |
| | | **Mileage: 146,236** | | |
| | | **VIN x2984** | | |

**300 Fellowship Road**
**Mount Laurel, NJ 08054**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**9/20/2019**
**Last 4 digits of account number**
**7583**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.5 | **Marlin Capital Solutions** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $16,237.20 | $5,000.00 |
| | | **Wireless Battery Mobility Colums Lift System** | | |

**300 Fellowship Road**
**Mount Laurel, NJ 08054**
Creditor's mailing address

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No

---

Case: 23-30264   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 21:18:35   Page 23 of 77

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

Date debt was incurred
**10/8/2019**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**3584**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

■ No

☐ Contingent

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

---

| 2.6 | **Mitsubishi HC Capital** | Describe debtor's property that is subject to a lien | $46,625.04 | $10,000.00 |

Creditor's Name

**GPS and Freight Managment Equipment (Installed on Motor Coaches and Buses)**

**P.O. Box 1880**
**Minneapolis, MN 55480**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0001**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

**1. Mitsubishi HC Capital**
**2. Mitsubishi HC Capital**
**3. Mitsubishi HC Capital**

---

| 2.7 | **Mitsubishi HC Capital** | Describe debtor's property that is subject to a lien | $2,168.10 | $10,000.00 |

Creditor's Name

**GPS and Freight Managment Equipment (Installed on Motor Coaches and Buses)**

**P.O. Box 1880**
**Minneapolis, MN 55480**

Creditor's mailing address

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**

■ No

Creditor's email address, if known

☐ Yes
**Is anyone else liable on this claim?**

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**0002**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Unliquidated
☐ Disputed

**Specified on line 2.6**

---

Case: 23-30264   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 21:18:35   Page 24 of 77

| 2.8 | **Mitsubishi HC Capital** | Describe debtor's property that is subject to a lien | $4,621.05 | $10,000.00 |
|-----|---------------------------|------------------------------------------------------|-----------|------------|

Creditor's Name

**P.O. Box 1880**
**Minneapolis, MN 55480**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**GPS and Freight Managment Equipment**
**(Installed on Motor Coaches and Buses)**

**Describe the lien**
**UCC-1**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**0003**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.6**

---

| 2.9 | **Santander Bank, N.A.** | Describe debtor's property that is subject to a lien | $1,145,803.18 | $0.00 |
|-----|--------------------------|------------------------------------------------------|---------------|-------|

Creditor's Name

**222 Broadway**
**New York, NY 10038**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**Judgment Lien from Santander, N.A. v.**
**Professional Charter Services, LLC, Case No.**
**CGC-21-595954.**

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 0 | **Signature Financial & Leasing, LLC** | Describe debtor's property that is subject to a lien | $280,880.10 | $120,000.00 |
|-------|----------------------------------------|------------------------------------------------------|-------------|-------------|

Creditor's Name

**225 Broadhallow Road,**
**Suite 132W**
**Melville, NY 11747**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**
**2017 Temsa TS45 Motor Coach (Bus No. 804)**
**Mileage: 134,415**
**VIN x0159**

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Case: 23-30264   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 21:18:35   Page 25 of 77

| | | | |
|---|---|---|---|
| | Do multiple creditors have an interest in the same property?<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |

---

**2.1 1**    **Signature Financial & Leasing, LLC**

Creditor's Name

**225 Broadhallow Road, Suite 132W**
**Melville, NY 11747**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien    **$315,311.02**    **$150,000.00**
**2018 Temsa TS35 Moror Coach (Bus No. 811)**
**Mileage: 100,213**
**VIN x0236**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 2**    **Trans Lease, Inc.**

Creditor's Name

**P.O. Box 17286**
**Denver, CO 80221**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**3010**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien    **$300,287.07**    **$100,000.00**
**2017 Irizar i6 Motor Coach (Bus No. 802)**
**Mileage: 96,833**
**VIN x6032**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.1 3**    **Trans Lease, Inc.**      Describe debtor's property that is subject to a lien    **$344,606.35**    **$100,000.00**

---

| | | | |
|---|---|---|---|
| Creditor's Name | **2017 Irizar i6 Motor Coach (Bus No. 805)** | | |

Creditor's Name

**P.O. Box 17286**
**Denver, CO 80221**

Creditor's mailing address

**2017 Irizar i6 Motor Coach (Bus No. 805)**
**Mileage: 117,388**
**VIN x6052**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**
**3010**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 4 | **U.S. Small Business Association** | **Describe debtor's property that is subject to a lien** | **$2,000,000.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**409 Third Street, SW**
**Washington, DC 20024**

Creditor's mailing address

**Property Listed in Lien File No.**
**U2000028677734**

**Describe the lien**
**EIDL Loan**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**7/22/2020**

**Last 4 digits of account number**
**8108**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 5 | **Wintrust Specialty Finance** | **Describe debtor's property that is subject to a lien** | **$132,562.00** | **$120,000.00** |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 84783**
**Seattle, WA 98124**

Creditor's mailing address

**2017 Temsa TS35 Motor Coach (Bus No. 803)**
**Mileage: 139,956**
**VIN x0442**

**Describe the lien**
**Purchase Money Security**
**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**1/31/2017**

**Last 4 digits of account number**

---

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    | $5,144,575.85 |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Gurstel Law Firm P.C.**<br>**1610 Arden Way, Suite 275**<br>**Sacramento, CA 95815** | Line __2.3__ | |
| **The Moore Law Group, APC**<br>**P.O. Box 25145**<br>**Santa Ana, CA 92799-5145** | Line __2.3__ | |
| **Tierney Watson Healy APC**<br>**48 Gold Street, Floor 1**<br>**San Francisco, CA 94133** | Line __2.9__ | |

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Aisha L. Anderson**<br>**5922 Saint Matthew Drive**<br>**Newark, CA 94560** | $0.00 | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**Alberto Filho**<br>**875 Masson Avenue**<br>**San Bruno, CA 94066** | $0.00 | $0.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

Case: 23-30264    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 21:18:35    Page 29 of 77

43017

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**2.3** Priority creditor's name and mailing address

**Antoinette L. Moore**
**1141 San Pablo Avenue #B**
**Pinole, CA 94564**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address

**Bismarck Fonseca**
**376 Susie Way #1**
**South San Francisco, CA 94080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address

**Camelia Vega Nava**
**2861 Devonshire Avenue**
**Redwood City, CA 94063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.6** Priority creditor's name and mailing address

**Cassandra  R. Brown**
**4351 Loch Lane Apt. #4351**
**San Leandro, CA 94578**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00   $0.00

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case: 23-30264   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 21:18:35   Page 30 of 77

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Charles Prince**
**1801 17th Avenue**
**San Francisco, CA 94122**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**City and County of San Francisco**
**Officer of Treasurer and Tax**
**Collector**
**P.O. Box 7027**
**San Francisco, CA 94120-7426**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Cristina Neal**
**300 Murchison Drive Apt #117**
**Millbrae, CA 94030**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Daniel Avalos Vega**
**2861 Devonshire Avenue**
**Redwood City, CA 94063**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Case: 23-30264    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 21:18:35    Page 31 of 77

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Daniel Kienast**
**932 Rolph Street**
**San Francisco, CA 94112**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Eddy R. Castaneda**
**3297 Tioga Road Apt. #102**
**Concord, CA 94518**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Edith Lule**
**475 Oxford Street**
**San Francisco, CA 94134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (4)        ☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Employment Development**
**Department**
**MISC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred                Basis for the claim:
                                               **NOTICE ONLY**

Last 4 digits of account number                Is the claim subject to offset?
Specify Code subsection of PRIORITY            ■ No
unsecured claim: 11 U.S.C. § 507(a) (8)        ☐ Yes

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Farid  Dziri**
**152 Jackson Avenue Apt. #205**
**Redwood City, CA 94061**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Federico S. Hernandez**
**920 Easton Avenue**
**San Bruno, CA 94066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Franchise Tax Board**
**Bankruptcy Section, MS A-340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Gladys P. Jackson-Banks**
**2000 Ascot Parkway #3724**
**Vallejo, CA 94591**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Gutemberg Ormenezi**
**135El Condor Court**
**San Rafael, CA 94903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Hemerson L. Reis**
**209 San Anselmo Avenue**
**San Bruno, CA 94066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Hugo E. Paredes**
**2990 Groom Drive**
**Richmond, CA 94806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE ONLY**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Case: 23-30264   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 21:18:35   Page 34 of 77

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **John A. Barcala**<br>**483 Oak Avenue**<br>**San Bruno, CA 94066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jose E. Rauda**<br>**280 Tulare Drive**<br>**San Bruno, CA 94066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jose G. Cervantes**<br>**211 Putnam Street # U**<br>**San Francisco, CA 94110** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Jose N. Martinez**<br>**608 Thomas Drive**<br>**Richmond, CA 94806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Case: 23-30264   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 21:18:35   Page 35 of 77

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Jourdyn E. Allen-Stancil**
**2067 Palou Avenue**
**San Francisco, CA 94124**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Juaa A. Mazariegos**
**896 Davis Street Apt. #306**
**San Leandro, CA 94577**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Juan C. Gamez**
**P.O. Box 2396**
**Morgan Hill, CA 95038**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Juan F. Lopez Ramirez**
**80 Rice Street**
**San Francisco, CA 94112**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case: 23-30264    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 21:18:35    Page 36 of 77

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Kevin Hernandez**
**225 San Benito Avenue**
**San Bruno, CA 94066**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Lamont Dill**
**501 Shawree Lane**
**San Jose, CA 95123**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Londell D. Ireland**
**2170 Sweetwater Drive**
**San Leandro, CA 94578**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Manuel Rico**
**158 Melissa Circle**
**Daly City, CA 94014**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

Case: 23-30264    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 21:18:35    Page 37 of 77

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Maria C. Melendez**
**2637 Velpi Drive**
**Stockton, CA 95206**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Maria Celeste Orozco**
**308 Monterrey Road**
**Pacifica, CA 94044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Michael Field**
**28666 Meadowgrass Drive**
**Castaic, CA 91384**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Nathan D. Williams**
**1018 Main Street Apt. #A**
**Redwood City, CA 94063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Nicole McBride**
**131 Tresher Drive**
**Vallejo, CA 94591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Omar Orozco**
**308 Monterrey Road**
**Pacifica, CA 94044**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Oscar Castillo**
**5353 S.Jones Blvd., Apt. #1051**
**Las Vegas, NV 89118**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Randy  D. Rigsby**
**3928 O'Neill Drive**
**San Mateo, CA 94403**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Raquel S. Franco**
**543 Somerset Street**
**San Francisco, CA 94134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Regina Degmont**
**4 Campo Verde Circle**
**San Pablo, CA 94806**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Roberto Alvarado**
**985 Huntington Avenue #4**
**San Bruno, CA 94066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Rogelio D. Taguiam**
**370 Rio Verde Street**
**Daly City, CA 94014**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Ross B. Browder**<br>**835 Foxon Avenue**<br>**San Francisco, CA 94112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Rudolph P. Kienast**<br>**932 Rolph Street**<br>**San Francisco, CA 94112** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Shedrick McDaniels**<br>**1435 Farrell Street**<br>**Vallejo, CA 94590** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Stephen C. Dinitto**<br>**210 Elder Avenue**<br>**Millbrae, CA 94030** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Case: 23-30264    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 21:18:35    Page 41 of 77

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|------|------|------|------|

**Steve M. Robinson**
**152 Brentwood Drive**
**Sotuh San Francisco, CA 94080**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|------|------|------|------|

**Steven T. Knerr**
**362 Ardendale Drive**
**Daly City, CA 94014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|------|------|------|------|

**Tommie Russell Barnett**
**937 Oakbrook Drive**
**Fairfield, CA 94534**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|------|------|------|------|------|

**Vidal R. Duran**
**17096 Via Piedras**
**San Lorenzo, CA 94580**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

Case: 23-30264　　Doc# 1　　Filed: 04/25/23　　Entered: 04/25/23 21:18:35　　Page 42 of 77

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Walter Mejia**
**378 Golden Gate Avenue, #542**
**San Francisco, CA 94102**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**William D. Evans**
**1654 Tyler Street #A**
**Berkeley, CA 94703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Willie Dennis Jr**
**1570 164th Aveue**
**San Leandro, CA 94578**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)
■ No
☐ Yes

---

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.    **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $485,699.35 |
|---|---|---|---|

**777 Equipment Finance LLC**
**2 Corporate Drive, Suite 760**
**Shelton, CT 06484**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/27/2017**
Last 4 digits of account number  **4765**

Basis for the claim:  **Master Promissory Note and Security Agreement for 2017 Temsa TS35 Motor Coach**

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $153,177.38 |
|---|---|---|---|

**American Express**
**200 Vesey Street**
**New York, NY 10285**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Judgment from American Express National Bank v. Professional Charter Services, LLC, Case No. 653420/2021**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $343,833.19 |
|---|---|---|---|

**Ascentium Capital**
**P.O. Box 301593**
**Dallas, TX 75303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/16/2019**

Last 4 digits of account number **1739**

Basis for the claim:  **Sale Agreement for 2019 Irizar Motor Coach**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beverly Bank & Trust Company, N.A.**
**2050 Main Street, Suite 230**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $13,835.39 |
|---|---|---|---|

**Chase Card Services**
**P.O. Box 15298**
**Wilmington, DE 19850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7799**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $11,034.11 |
|---|---|---|---|

**Chevron Credit Card**
**P.O. Box 639**
**Portland, ME 04104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **XXXXXXXXXX**

Basis for the claim:  **Credit Card**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edison Financial**
**P.O. Box 858178**
**Minneapolis, MN 55485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Fleet Financing Resources, LLC**
**10370 Hemet Street, Suite 350**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kaiser Permanente**
**1950 Franklin Street**
**Oakland, CA 94612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Marlin Capital Solutions**
**300 Fellowship Road**
**Mount Laurel, NJ 08054**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **2018 Irizar i6 Motor Coach (Bus No. 817)**
**Lender Asserts Motor Coach is Subject to Lease Agreement and**
**Debtor is Current with all Lease Obligaitons.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Midland Equipment Finance, LLC**
**P.O. Box 24245**
**Seattle, WA 98124**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **2019 Irizar i6 Motor Coach (Bus No. 816)**
**Lender Asserts Motor Coach is Subject to Lease Agreement and**
**Debtor is Current with all Lease Obligaitons.**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Midland States Bank**
**7700 Bonhomme Avenue, Suite 300**
**Clayton, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**San Francisco Tax Collector**
**City Hall - Room 140**
**1 Dr. Carlton B. Goodlet Place**
**San Francisco, CA 94102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **NOTICE ONLY**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Signature Financial & Leasing LLC**
**225 Broadhallow Road, Suite 132W**
**Melville, NY 11747**

■ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **2018 Temsa TS35 Motor Coach (Bus No. 808)**
**Lender Asserts Motor Coach is Subject to Lease Agreement and**
**Debtor is Current with all Lease Obligaitons.**

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-30264   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 21:18:35   Page 45 of 77

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $199,834.92 |
|---|---|---|---|

**3.15** Nonpriority creditor's name and mailing address
**Umpqua Bank**
**1 SW Columbia Street**
**Portland, OR 97204**

As of the petition filing date, the claim is: *Check all that apply.* **$199,834.92**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  5/11/2022
Last 4 digits of account number  0760

Basis for the claim:  Payroll Protection Program (PPP) Loan

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.16** Nonpriority creditor's name and mailing address
**Umpqua Bank**
**1 SW Columbia Street**
**Portland, OR 97204**

As of the petition filing date, the claim is: *Check all that apply.* **$279,260.82**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/25/2021
Last 4 digits of account number  7745

Basis for the claim:  Payroll Protection Program (PPP) Loan

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.17** Nonpriority creditor's name and mailing address
**Umpqua Bank**
**1 SW Columbia Street**
**Portland, OR 97204**

As of the petition filing date, the claim is: *Check all that apply.* **$48,298.98**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/25/2021
Last 4 digits of account number  9467

Basis for the claim:  Unsecured Line of Credit

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.18** Nonpriority creditor's name and mailing address
**Wells Fargo Bank, N.A.**

**CA**

As of the petition filing date, the claim is: *Check all that apply.* **$29,457.60**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred
Last 4 digits of account number  8639

Basis for the claim:  Unsecured Line of Credit

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.19** Nonpriority creditor's name and mailing address
**Western Equipment Finance**
**503 Highway 2 W**
**P.O. Box 640**
**Devils Lake, ND 58301**

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim:  2018 Irizar i6 Motor Coach (Bus No. 815)
Irizar i6 Motor Coach (Bus No. 819)
Lender Asserts Motor Coach is Subject to Lease Agreement and
Debtor is Current with all Lease Obligaitons.

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.20** Nonpriority creditor's name and mailing address
**Wintrust Specialty Finance**
**P.O. Box 84783**
**Seattle, WA 98124**

As of the petition filing date, the claim is: *Check all that apply.* **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred
Last 4 digits of account number

Basis for the claim:  NOTICE ONLY

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

Case: 23-30264   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 21:18:35   Page 46 of 77

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Hemar, Rousso & Heald, LLP**<br>**15910 Ventura Blvd, 12th Floor**<br>**Encino, CA 91436** | Line **3.1**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Maynard, Cooper, & Gale, LLP**<br>**1925 Century Park East, Suite 1700**<br>**Los Angeles, CA 90067** | Line **3.3**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **U.S. Small Business Association**<br>**409 Third Street, SW**<br>**Washington, DC 20024** | Line **3.15**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **U.S. Small Business Association**<br>**409 Third Street, SW**<br>**Washington, DC 20024** | Line **3.16**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **U.S. Small Business Association**<br>**409 Third Street, SW**<br>**Washington, DC 20024** | Line **3.17**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **Zwicker & Associates, P.C.**<br>**1551 South Washington Avenue, Suite**<br>**Piscataway, NJ 08854** | Line **3.2**<br><br>☐ Not listed. Explain ____ | _ |

**Part 4:** **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 1,564,431.74 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,564,431.74 |

**Fill in this information to identify the case:**

Debtor name    **Professional Charter Services, LLC**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

☐ Check if this is an
     amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Office Lease for 501 Cesar Chavez Street, Suite 100 and 110, San Francisco, California 94124 and Parking Lot for 696 Amador Street, San Francisco, California 94124** | |
| | State the term remaining | | **City and County of San Francisco San Francisco Port Authority Pier 1 San Francisco, CA 94111** |
| | List the contract number of any government contract | _____ | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **2018 Irizar i6 Motor Coach (Bus No. 817) Mileage: 76,413 (Lender Asserts Motor Coach is Subject to Lease Agreement)** | |
| | State the term remaining | | **Marlin Capital Solutions 300 Fellowship Road Mount Laurel, NJ 08054** |
| | List the contract number of any government contract | _____ | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **2019 Irizar i6 Motor Coach (Bus No. 816) Mileage: 76,136 (Lender Asserts Motor Coach is Subject to Lease Agreement)** | |
| | State the term remaining | | **Midland Equipment Finance, LLC P.O. Box 24245 Seattle, WA 98124** |
| | List the contract number of any government contract | _____ | |

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest | **2018 Temsa TS35 Motor Coach (Bus No. 808) Mileage: 120,737 (Lessor Asserts Motor Coach is Subject to Lease Agreement)** | |
| State the term remaining | | **Signature Financial & Leasing LLC 225 Broadhallow Road, Suite 132W Melville, NY 11747** |
| List the contract number of any government contract | | |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest | **2018 Irizar i6 Motor Coach (Bus No. 815) Mileage: 118,402 (Lessor Asserts Motor Coach is Subject to Lease Agreement)** | |
| State the term remaining | | **Western Equipment Finance 503 Highway 2 W P.O. Box 640 Devils Lake, ND 58301** |
| List the contract number of any government contract | | |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest | **2019 Irizar i6 Motor Coach (Bus No. 819) Mileage: 54,794 (Lender Asserts Motor Coach is Subject to Lease Agreement)** | |
| State the term remaining | | **Western Equipment Finance 503 Highway 2 W P.O. Box 640 Devils Lake, ND 58301** |
| List the contract number of any government contract | | |

Case: 23-30264   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 21:18:35   Page 49 of 77

Fill in this information to identify the case:

Debtor name **Professional Charter Services, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors 12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | **Omar Orozco** | **308 Monterey Road** <br> **Pacifica, CA 94044** | **777 Equipment Finance LLC** | ☐ D _____ <br> ■ E/F __3.1__ <br> ☐ G _____ |
| 2.2 | **Omar Orozco** | **308 Monterey Road** <br> **Pacifica, CA 94044** | **American Express** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |
| 2.3 | **Omar Orozco** | **308 Monterey Road** <br> **Pacifica, CA 94044** | **Ascentium Capital** | ☐ D _____ <br> ■ E/F __3.3__ <br> ☐ G _____ |
| 2.4 | **Omar Orozco** | **308 Monterey Road** <br> **Pacifica, CA 94044** | **FC Marketplace, LLC** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Omar Orozco** | **308 Monterey Road** <br> **Pacifica, CA 94044** | **Santander Bank, N.A.** | ■ D __2.9__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | Professional Charter Services, LLC | Case number *(if known)* | |
|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | Omar Orozco | 308 Monterey Road Pacifica, CA 94044 | Signature Financial & Leasing, LLC | ■ D __2.10__<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | Omar Orozco | 308 Monterey Road Pacifica, CA 94044 | Signature Financial & Leasing, LLC | ■ D __2.11__<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | Omar Orozco | 308 Monterey Road Pacifica, CA 94044 | Trans Lease, Inc. | ■ D __2.12__<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | Omar Orozco | 308 Monterey Road Pacifica, CA 94044 | Trans Lease, Inc. | ■ D __2.13__<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | Omar Orozco | 308 Monterey Road Pacifica, CA 94044 | U.S. Small Business Association | ■ D __2.14__<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | Omar Orozco | 308 Monterey Road Pacifica, CA 94044 | Umpqua Bank | ☐ D ____<br>■ E/F __3.15__<br>☐ G ____ |
| 2.12 | Omar Orozco | 308 Monterey Road Pacifica, CA 94044 | Umpqua Bank | ☐ D ____<br>■ E/F __3.16__<br>☐ G ____ |
| 2.13 | Omar Orozco | 308 Monterey Road Pacifica, CA 94044 | Signature Financial & Leasing LLC | ☐ D ____<br>☐ E/F ____<br>■ G __2.4__ |

| Debtor | **Professional Charter Services, LLC** | Case number *(if known)* |
|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Omar Orozco** | **308 Monterey Road**<br>**Pacifica, CA 94044** | **Western Equipment Finance** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.5** |
| 2.15 | **Omar Orozco** | **308 Monterey Road**<br>**Pacifica, CA 94044** | **Midland Equipment Finance, LLC** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.3** |
| 2.16 | **Omar Orozco** | **308 Monterey Road**<br>**Pacifica, CA 94044** | **Marlin Capital Solutions** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.2** |
| 2.17 | **Omar Orozco** | **308 Monterey Road**<br>**Pacifica, CA 94044** | **Western Equipment Finance** | ☐ D _____<br>☐ E/F _____<br>■ G  **2.6** |

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,090,657.05** |
   | **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$3,919,515.00** |
   | **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$2,342,053.18** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | | | |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|
   | | | | |

Case: 23-30264   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 21:18:35   Page 53 of 77

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1.   **See Attachment A** | **Various Dates** | **$724,999.73** | ■ Secured debt<br>■ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.   **American Express National Bank v. Professional Charter Services, LLC et al.**<br>**653420/2021** | **Civil** | **Supreme Court of the State of New York**<br>**60 Centre Street**<br>**New York, NY 10007** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2.   **Santander Bank, N,.A. v. Professional Charter Services, LLC et al.**<br>**CGC-21-595954** | **Civil** | **San Francisco County Superior Court**<br>**400 McAllister Street**<br>**San Francisco, CA 94102** | ☐ Pending<br>☐ On appeal<br>■ Concluded |

Case: 23-30264   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 21:18:35   Page 54 of 77

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | Ascentium Capital, LLC v. Professional Charter Services, LLC et al.<br>CGC-21-595007 | Civil | San Francisco County Superior Court<br>400 McAllister Street<br>San Francisco, CA 94102 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.4. | 777 Equipment Finance, LLC v. Professional Charter Services, LLC et al.<br>CGC-22-602075 | Civil | San Francisco County Superior Court<br>400 McAllister Street<br>San Francisco, CA 94102 | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.5. | FC Martetplace, LLC v. Professional Charter Services, LLC<br>21-CIV-04613 | Civil | San Mateo County Superior Court<br>400 County Center<br>Redwood City, CA 94063 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:**    **Certain Gifts and Charitable Contributions**

**9.** **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:**    **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:**    **Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Meyer Law Group LLP 268 Bush Street #3639 San Francisco, CA 94104 | Debtor provided a $55,000 pre-petition retainer, of which, $18,680 was applied to pre-petition legal services rendered and $1,738 for costs, leaving a retainer balance of $34,582 as of the Petition Date April 25, 2023). | April 2022 | $55,000.00 |

| Email or website address www.meyerllp.com |
|---|

| Who made the payment, if not debtor? |
|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

Case: 23-30264    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 21:18:35    Page 56 of 77

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☑ No Go to Part 10.
☐ Yes. Fill in below:

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **Rodriquez, Perez, Delgado & Co., LLP** 4610 Mission Street, 5th Floor San Francisco, CA 94112 | **2021 to Present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Omar Orozco | 308 Monterrey Road Pacifica, CA 94044 | Preseident | 100.00% Membership Interest in Debtor |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Omar Orozco 308 Monterrey Road Pacifica, CA 94044 | $204,400 for January 1, 2022 to December 31, 2022 (Wages) $101,915 for January 1, 2022 to December 31, 2022 (Distribution) $52,000 from January 1, 2023 to March 31, 2023 (Wages) | 2022 to Present | Omar Orozco is an employee and sole managing member of Debtor. |
| | **Relationship to debtor** **Sole Member** | | | |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Celeste Orozco**<br>**308 Monterrey Road**<br>**Pacifica, CA 94044** | **$71,940.15 for January 1, 2022 to December 31, 2022 (Wages)**<br>**$18,005 for January 1, 2023 to March 31, 2023 (Wages)** | **2022 to Present** | **Celeste Orozco is employed as the Vice Preseident for Debtor.** |
| | Relationship to debtor<br>**Daughter of Managing Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
☑ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Human Interest Inc. as Plan Administrator for Professional Charter Services, LLC 401(k)** | **EIN:** |

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 25, 2023__

__/s/ Celeste Orozco__                                    **Celeste Orozco**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Vice President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☑ Yes

# STATEMENT OF FINANCIAL AFFAIRS
## Attachment A

**3. Certain payments or transfers to creditors within 90 days before filing this case.**

| Creditor | Address | Amount | Dates |
|---|---|---|---|
| Chevron Credit Card | P.O. Box 639<br>Portland, ME 04104 | $ 54,059.11 | Various Dates |
| Trisura Insurance Company | 210 Park Avenue, Suite 1300<br>Oklahoma City, OK 73102 | $ 47,509.72 | Various Dates |
| Internal Revenue Services | P.O. Box 7346<br>Philadelphia, PA 19101 | $ 96,125.90 | Various Dates |
| Kaiser Permanente (Group Health) | 1950 Franklin Street<br>Oakland, CA 94612 | $ 14,441.46 | Various Dates |
| Marlin Capital Solutions | 300 Fellowship Road<br>Mount Laurel, NJ 08054 | $ 28,647.12 | Various Dates |
| Midland Equipment Finance, LLC | P.O. Box 2425<br>Seattle, WA 98124 | $ 24,190.24 | Various Dates |
| Pacific Coast Petroleum | 19743 Cabot Blvd.<br>Hayward, CA 94545 | $ 35,389.28 | Various Dates |
| Professional Charter Services Payroll | 696 Amador Street<br>San Francisco, CA 94124 | $207,859.02 | Various Dates |
| San Francisco Port Authority | Pier 1<br>San Francisco, CA 94111 | $ 33,850.58 | Various Dates |
| San Francisco Treasurer and Tax Collector | City Hall - Room 140<br>1 Dr. Carlton B. Goodlet Place<br>San Francisco, CA 94102 | $ 11,886.00 | Various Dates |
| Signature Financial & Leasing, LLC | 225 Broadhallow Road, Ste 132W,<br>Melville, NY 11747 | $ 39,792.49 | Various Dates |
| Trans Lease, Inc. | P.O. Box 17286<br>Denver, CO 80221 | $ 65,126.35 | Various Dates |
| Western Equipment Finance | 503 Highway 2 W<br>P.O. Box 640<br>Devils Lake, ND 58301 | $ 52,866.26 | Various Dates |
| Wintrust Specialty Finance | P.O. Box 84783<br>Seattle, WA 98124 | $ 13,256.20 | Various Dates |

# United States Bankruptcy Court
## Northern District of California

In re __Professional Charter Services, LLC__

Debtor(s)

Case No. _____

Chapter __11__

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Omar Orozco**<br>**308 Monterey Road**<br>**Pacifica, CA 94044** | | | **100% Membership Interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Vice President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date __April 25, 2023__

Signature __/s/ Celeste Orozco__

__Celeste Orozco__

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                                Case No.
    **Professional Charter Services, LLC**


_____ Debtor(s).                    /

<u>CREDITOR MATRIX COVER SHEET</u>


    I declare that the attached Creditor Mailing Matrix, consisting of __12__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED: **April 25, 2023**


                          **/s/ Brent D. Meyer**
                          Signature of Debtor's Attorney or Pro Per Debtor

777 Equipment Finance LLC
2 Corporate Drive, Suite 760
Shelton, CT 06484


Aisha L. Anderson
5922 Saint Matthew Drive
Newark, CA 94560


Alberto Filho
875 Masson Avenue
San Bruno, CA 94066


American Express
200 Vesey Street
New York, NY 10285


Antoinette L. Moore
1141 San Pablo Avenue #B
Pinole, CA 94564


Ascentium Capital
P.O. Box 301593
Dallas, TX 75303


Beverly Bank & Trust Company, N.A.
2050 Main Street, Suite 230
Irvine, CA 92614


Bismarck Fonseca
376 Susie Way #1
South San Francisco, CA 94080

Camelia Vega Nava
2861 Devonshire Avenue
Redwood City, CA 94063


Cassandra  R. Brown
4351 Loch Lane Apt. #4351
San Leandro, CA 94578


Charles Prince
1801 17th Avenue
San Francisco, CA 94122


Chase Card Services
P.O. Box 15298
Wilmington, DE 19850


Chevron Credit Card
P.O. Box 639
Portland, ME 04104


City and County of San Francisco
Officer of Treasurer and Tax Collector
P.O. Box 7027
San Francisco, CA 94120-7426


City and County of San Francisco
San Francisco Port Authority
Pier 1
San Francisco, CA 94111


Corporation Service Company
P.O. Box 2576
Springfield, IL 62708

Cristina Neal
300 Murchison Drive Apt #117
Millbrae, CA 94030


CT Corporation System
330 N. Brand Blvd., Suite 700
Glendale, CA 91203


Daniel Avalos Vega
2861 Devonshire Avenue
Redwood City, CA 94063


Daniel Kienast
932 Rolph Street
San Francisco, CA 94112


Eddy R. Castaneda
3297 Tioga Road Apt. #102
Concord, CA 94518


Edison Financial
P.O. Box 858178
Minneapolis, MN 55485


Edith Lule
475 Oxford Street
San Francisco, CA 94134


Employment Development Department
MISC 92E
P.O. Box 826880
Sacramento, CA 94280

Farid  Dziri
152 Jackson Avenue Apt. #205
Redwood City, CA 94061


FC Marketplace, LLC
747 Front Street, Floor 4
San Francisco, CA 94111


Federico S. Hernandez
920 Easton Avenue
San Bruno, CA 94066


Fleet Financing Resources, LLC
10370 Hemet Street, Suite 350
Riverside, CA 92503


Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Gladys P. Jackson-Banks
2000 Ascot Parkway #3724
Vallejo, CA 94591


Gurstel Law Firm P.C.
1610 Arden Way, Suite 275
Sacramento, CA 95815


Gutemberg Ormenezi
135El Condor Court
San Rafael, CA 94903

Hemar, Rousso & Heald, LLP
15910 Ventura Blvd, 12th Floor
Encino, CA 91436


Hemerson L. Reis
209 San Anselmo Avenue
San Bruno, CA 94066


Hugo E. Paredes
2990 Groom Drive
Richmond, CA 94806


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346


John A. Barcala
483 Oak Avenue
San Bruno, CA 94066


Jose E. Rauda
280 Tulare Drive
San Bruno, CA 94066


Jose G. Cervantes
211 Putnam Street # U
San Francisco, CA 94110


Jose N. Martinez
608 Thomas Drive
Richmond, CA 94806

Jourdyn E. Allen-Stancil
2067 Palou Avenue
San Francisco, CA 94124


Juaa A. Mazariegos
896 Davis Street Apt. #306
San Leandro, CA 94577


Juan C. Gamez
P.O. Box 2396
Morgan Hill, CA 95038


Juan F. Lopez Ramirez
80 Rice Street
San Francisco, CA 94112


Kaiser Permanente
1950 Franklin Street
Oakland, CA 94612


Kevin Hernandez
225 San Benito Avenue
San Bruno, CA 94066


Lamont Dill
501 Shawree Lane
San Jose, CA 95123


Londell D. Ireland
2170 Sweetwater Drive
San Leandro, CA 94578

Manuel Rico
158 Melissa Circle
Daly City, CA 94014


Maria C. Melendez
2637 Velpi Drive
Stockton, CA 95206


Maria Celeste Orozco
308 Monterrey Road
Pacifica, CA 94044


Marlin Capital Solutions
300 Fellowship Road
Mount Laurel, NJ 08054


Maynard, Cooper, & Gale, LLP
1925 Century Park East, Suite 1700
Los Angeles, CA 90067


Michael Field
28666 Meadowgrass Drive
Castaic, CA 91384


Midland Equipment Finance, LLC
P.O. Box 24245
Seattle, WA 98124


Midland States Bank
7700 Bonhomme Avenue, Suite 300
Clayton, MO 63105

Mitsubishi HC Capital
P.O. Box 1880
Minneapolis, MN 55480


Nathan D. Williams
1018 Main Street Apt. #A
Redwood City, CA 94063


Nicole McBride
131 Tresher Drive
Vallejo, CA 94591


Omar Orozco
308 Monterey Road
Pacifica, CA 94044


Oscar Castillo
5353 S.Jones Blvd., Apt. #1051
Las Vegas, NV 89118


Randy  D. Rigsby
3928 O'Neill Drive
San Mateo, CA 94403


Raquel S. Franco
543 Somerset Street
San Francisco, CA 94134


Regina Degmont
4 Campo Verde Circle
San Pablo, CA 94806

Roberto Alvarado
985 Huntington Avenue #4
San Bruno, CA 94066


Rogelio D. Taguiam
370 Rio Verde Street
Daly City, CA 94014


Ross B. Browder
835 Foxon Avenue
San Francisco, CA 94112


Rudolph P. Kienast
932 Rolph Street
San Francisco, CA 94112


San Francisco Tax Collector
City Hall – Room 140
1 Dr. Carlton B. Goodlet Place
San Francisco, CA 94102


Santander Bank, N.A.
222 Broadway
New York, NY 10038


Shedrick McDaniels
1435 Farrell Street
Vallejo, CA 94590


Signature Financial & Leasing LLC
225 Broadhallow Road, Suite 132W
Melville, NY 11747

Signature Financial & Leasing, LLC
225 Broadhallow Road, Suite 132W
Melville, NY 11747


Stephen C. Dinitto
210 Elder Avenue
Millbrae, CA 94030


Steve M. Robinson
152 Brentwood Drive
Sotuh San Francisco, CA 94080


Steven T. Knerr
362 Ardendale Drive
Daly City, CA 94014


The Moore Law Group, APC
P.O. Box 25145
Santa Ana, CA 92799-5145


Tierney Watson Healy APC
48 Gold Street, Floor 1
San Francisco, CA 94133


Tommie Russell Barnett
937 Oakbrook Drive
Fairfield, CA 94534


Trans Lease, Inc.
P.O. Box 17286
Denver, CO 80221

U.S. Small Business Association
409 Third Street, SW
Washington, DC 20024


Umpqua Bank
1 SW Columbia Street
Portland, OR 97204


Vidal R. Duran
17096 Via Piedras
San Lorenzo, CA 94580


Walter Mejia
378 Golden Gate Avenue, #542
San Francisco, CA 94102


Wells Fargo Bank, N.A.
CA


Western Equipment Finance
503 Highway 2 W
P.O. Box 640
Devils Lake, ND 58301


William D. Evans
1654 Tyler Street #A
Berkeley, CA 94703


Willie Dennis Jr
1570 164th Aveue
San Leandro, CA 94578

Wintrust Specialty Finance
P.O. Box 84783
Seattle, WA 98124


Zwicker & Associates, P.C.
1551 South Washington Avenue, Suite
Piscataway, NJ 08854

# United States Bankruptcy Court
## Northern District of California

In re **Professional Charter Services, LLC**

Debtor(s)

Case No. _____

Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Professional Charter Services, LLC__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

April 25, 2023

Date

/s/ Brent D. Meyer

**Brent D. Meyer**

Signature of Attorney or Litigant

Counsel for **Professional Charter Services, LLC**

**Meyer Law Group LLP**
**268 Bush Street #3639**
**San Francisco, CA 94104**
**(415) 765-1588 Fax:(415) 762-5277**
**brent@meyerllp.com**

# RESOLUTION OF MEMEBERS FOR
## PROFESSIONAL CHARTER SERVICES, LLC

WHEREAS, Professional Charter Services, LLC ("PCS") is a California limited liability company has encountered financial difficulties with its business operations;

WHEREAS, it appears to all current members of PSC that it is in the best interests of PCS and its creditors for PCS to commence proceedings under Title 11, Chapter 11, Sub-Chapter V of the United States Code; and

WHEREAS, the current members of PCS have unanimously voted to authorize PCS to commence proceedings under Title 11, Chapter 11, Sub-Chapter V of the United States Code.

IT IS HEREBY RESOLVED that the below signing members of PCS find and determine that it is in the best interest of PCS, its members, and its creditors for PCS to commence a proceeding under Title 11, Chapter 11, Sub-Chapter V of the United States Code, and that PCS immediately commence such filing in the United States Bankruptcy Court, Northern District of California, San Francisco Division;

IT IS HEREBY FURTHER RESOLVED that Omar Orozco, Managing Member of PCS, be and hereby is authorized to retain the law firm of Meyer Law Group, LLP to commence and prosecute a case under Title 11, Chapter 11, Sub-Chapter V of the United States Code on behalf of PSC;

IT IS HEREBY FURTHER RESOLVED that Omar Orozco, Managing Member of PCS, be and hereby is authorized to cause to be prepared and filed a petition for relief under Title 11, Chapter 11, Sub-Chapter V of the United States Code on behalf of PCS; and

IT IS HEREBY FURTHER RESOLVED that Celeste Orozco, Vice President of PCS, be and hereby is authorized to sign the petition for relief and all required documents and schedules under Title 11, Chapter 11, Sub-Chapter V of the United States Code on behalf of PCS and act as the responsible individual in the proceedings on behalf of PCS.

Dated: 04 / 24 / 2023

By: *Omar Orozco*

Omar Oroczo
Sole and Managing Member
Professional Charter Services, LLC